**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

| | | |
|---|---|---|
| JAMES A. ZACHMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 9729-VCG |
| | ) | |
| REAL TIME CLOUD SERVICES, | ) | |
| LLC, SANGEETA CHHABRA, and | ) | |
| CBS ACCOUNTING PVT LTD., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| REAL TIME DATA SERVICES, | ) | |
| LLC, | ) | |
| | ) | |
| Intervenor/Defendant. | ) | |

## ORDER

WHEREAS, on September 7, 2019, the Plaintiff filed a Motion to Reconsider and to Postpone Final Post-Trial Replies by Plaintiff until the Matter is Resolved ("Motion to Reconsider");

WHEREAS, on September 20, 2019, the Defendants filed an answer to the Motion to Reconsider;

WHEREAS, on September 23, 2019 the Defendants filed a corrected answer to the Motion to Reconsider;

WHEREAS, on October 1, 2019 the Defendants supplemented a pending Motion to Dismiss based upon Plaintiff's failure to follow the post-trial briefing schedule imposed by this Court and other alleged failures to obey court orders;

WHEREAS, the Plaintiff's Motion to Reconsider improperly seeks under Court of Chancery Rule 60 to reopen pre-trial discovery; and

WHEREAS, notwithstanding the impropriety of the Motion to Reconsider, this Court did not overlook principles of controlling law or misapprehend the facts or the law in ruling on discovery in this case;

AND NOW, this 10th day of October, 2019, the Court having considered the Plaintiff's Motion to Reconsider, IT IS HEREBY ORDERED:

1.     Plaintiff's Motion to Reconsider is denied.

2.     The parties shall promptly confer on an amended schedule to complete post-trial briefing and submit a form of order to the Court by October 18, 2019.

/s/ Sam Glasscock III
Vice Chancellor